No. 740. Cosío y Primo *v.* Fritze Lundt & Co.—Apelación procedente de la Corte de Distrito de Ponce. Resuelto en octubre 2, 1911. Desistida la apelación a instancia de los apelantes. Abogado de los apelantes: *Sr. Julio M. Padilla.* Abogado de los apelados: *Sr. José A. Poventud.*

---

No. 744. Crestar *v.* Rosario.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en octubre 2, 1911. Desistida la apelación a instancia del apelante. Abogado del apelante: *Sr. José Sabater.* Abogado del apelado: *Sr. José Benet.*

---

No. 741. Lacót et al. *v.* Candall et al.—Apelación procedente de la Corte de Distrito de Ponce. Resuelto en octubre 2, 1911. Desestimada la apelación a instancia del apelante. Abogado del apelante: *Sr. José F. Fernández.*

---

No. 726. Ex Parte Rodríguez.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en octubre 2, 1911. Desistida la apelación a instancia del apelante. Abogado del apelante: *Sr. William J. Santos.*

---

No. 82. Preston et al. *v.* El Juez de Distrito.—Solicitud para que se expida mandamiento de *certiorari.* Resuelto en octubre 5, 1911. Desestimada la solicitud. Abogados del peticionario: *Sres. Hartzell y Rodríguez Serra.*

---

No. 703. Tellado *v.* Suris.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en octubre 5, 1911. Desistida la apelación por los fundamentos de la opinión emitida en el caso de la *American Railroad Company of Porto Rico* v. *La Corte Municipal de Ponce,* resuelto en abril 4, 1910. Abogado del promovente: *Sr. Fernando Vázquez.* La parte contraria no compareció.